# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 6, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155224 & (74)(75)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RYAN KEITH LEWIS,
      Defendant-Appellant.

SC: 155224
COA: 328044
Wayne CC: 14-009641-FH

_____/

      On order of the Court, the joint motions for immediate consideration and to expand or clarify the scope of remand are GRANTED. On remand, the Wayne Circuit Court shall consider the parties' joint stipulation to grant a new trial. If the circuit court accepts the stipulation, it may enter an order vacating the defendant's convictions and granting a new trial; if it enters such an order, the circuit court will not need to hold the evidentiary hearing required by this Court's September 12, 2017 order.

      The application for leave to appeal the December 6, 2016 judgment of the Court of Appeals remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2017



Clerk

d1205